MINUTE ENTRY
OCTOBER 16, 2024
CURRAULT, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 24-222

RANDY A. FARRELL, SR.                       SECTION: A

INITIAL APPEARANCE

APPEARANCES: X  DEFENDANT (WITH)/WITHOUT COUNSEL  RET: RICHARD T. SIMMONS

              X  ASSISTANT U.S. ATTORNEY  NICHOLAS D. MOSES
              __ INTERPRETER _____
              Designated by Court and sworn. Time: _____ .M to _____ M.

__/ DEFENDANT CONSENTED TO APPEAR BY VIDEO

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE INDICTMENT WAS:
    READ   WAIVED   (SUMMARIZED)

X / DEFENDANT INFORMED THE COURT THAT COUNSEL (HAS BEEN)/WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 04

X / BOND SET AT  $5,000 unsecured bond

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

See additional Conditions attached

X / GOVERNMENT ADVISED OF ITS OBLIGATIONS TO PRODUCE ALL EXCULPATORY EVIDENCE TO THE DEFENDANT PURSUANT TO *BRADY V. MARYLAND* AND ITS PROGENY AND ORDERED TO DO SO TIMELY.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON BOND

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ (ARRAIGNMENT) IS SET FOR  Held

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

__/ THE COURT ACCEPTED DEFENDANTS VERBAL CONSENT IN LIEU OF SIGNATURE ON THE APPEARANCE BOND AND ORDER SETTING CONDITIONS OF RELEASE.

DEFENDANT'S NAME: RANDY A. FARRELL SR.    CASE NO. 24-222 A

ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: _____

The defendant must:

- [x] a) submit to supervision by and report for supervision to US PROBATION
- [ ] b) continue or maintain employment
- [ ] d) surrender any passport to _____
- [ ] e) not obtain a passport or other international travel document
- [ ] f) abide by the following travel restrictions: Continental U.S. [ ]  EDLA [ ]  LA [ ]
  Other _
- [x] g) avoid all contact with victim/witness [✓] co–defendants [✓], except current employees.
  Other _____
- [ ] h) mental health evaluation and treatment as directed by U.S. Probation
- [ ] k) not possess firearm, destructive device or other weapon
- [ ] l) not use alcohol: at all [ ] excessively [ ]
- [ ] m) not use or unlawfully possess narcotic drug/controlled substances
- [ ] n) submit to testing for a prohibited substance if required by Pretrial Services
- [ ] o) participate in substance abuse treatment as directed by Pretrial Services
- [ ] p) participate in location restriction program:
  - [ ] (i) Curfew
  - [ ] (ii) Home Detention
  - [ ] (iii) Home Incarceration
  - [ ] (iv) Stand Alone Monitoring
- [ ] q) submit to the following location monitoring technology and comply with its requirements as directed:
  - [ ] (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
  - [ ] (ii) Voice Recognition; or
  - [ ] (iii) Radio Frequency; or
  - [ ] (iv) GPS.
- [ ] r) pay all or part of the cost of location monitoring as determined by Pretrial Services or supervising officer
- [x] s) report every contact with law enforcement personnel to Pretrial Services
- [x] t) Other(s): Abide by existing conditions of supervision

Business contact only w/ current employees, with no discussion of this case or underlying facts